UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:08-CV-631-H

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.

MALCOLM C. WINSPER, et al.,                                              DEFENDANTS

**MEMORANDUM AND ORDER**

The United States has moved for entry of a sale order and has attached a proposed order.

Defendants have objected to it.

The Court finds no grounds to withhold the order.  It previously granted summary

judgment on the relevant issues.  That Opinion and Order itself is sufficient authority for the sale.

Until the time of sale, the parties are welcome to negotiate a settlement.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the motion for a sale order is SUSTAINED and that

order will be entered separately.

cc:      Counsel of Record